

FILED

JUL 24 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:20-CV-00505

7/19/20

# 71372-079

.MY NAME IS JulianVillegas

I am in FCI MC dowell SEGREGRATION UNIT on May 26-
2020 I was violated of my Costiritional Rights
C/O KendRiks Told ME that He wanted to put
His dick in my ass fucking wet back.
I called to talk to L-t He came and brought
SIS STARK shes in charge of PREA she did a Report
along with SIS Horton this man was more worried
about why was I in segregation He tryed to Question
ME but I Told Him Im not Here to talk about
that yes am wet back but I HAVE RIGHTS. I Try
To do internal Remedys but they wont bring me THE
FORMS. on may 29-2020 officer SHIDER (SHRIDER)
came into my Room after they pulled my CELLIE to Recreation
and He grab my ass cheek and told ME I got you bitch
I Told L-t Johnson He said He would let PREA officer
know they came did a Report after inter view L-t HendRiks
and SIS Horton Told I BETTER Chil THE Fuck out befoR we
make Your Stay in segregation Worst They put me in a
Cell in Hard Restrains. For manny Hours. They Have noT done noTHing
about iT I am in Violation of my Civil Rights I need Help THIS

officers ARE BEating up on inmates tHEy Calling ME wet back GRaB my Ass THE STAFF do noT want to HEpp me so im asking for your HElP. I donT sleep i always worry THaT this officers ARE goy To Hurt me please HEIP me THank you and god biEss You.

Julian VILLEGAS # 71372-079
FCI MC dowell
Federal Correctional Instit...
PO box. 1009
WELCH . WV
24801

Elizabeth KEE Federal Building
601 Federal street. Room 1000
bLueField . wv
24701

24701-306699

