*Attachment A - <u>Bivens</u> Complaint form*



FILED

AUG 24 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Julian Villegas                          71372-079

_____                  _____

_____                  _____

_____                  _____

*(Enter above the full name of the plaintiff*      *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                       CIVIL ACTION NO. __1:20-cv-00505__
                                         *(Number to be assigned by Court)*

1) OFFICER Kendriks          5) Lieutenant Hendriks

2) OFFICER J. Shrader        6) Lieutenant W. Johnson

3) OFFICER Horton            7) Lieutenant Smith

4) OFFICER K. Stark
*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

## COMPLAINT

I.     **Parties**

A.     Name of Plaintiff:   Julian Villegas

       Inmate No.:          71372-079

       Address:             McDowell Federal Correctional Institution

                            P.O. Box 1009,   Welch, WV, 24801

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant: MR. KendRiks

Position: CoRRectional OFFiceR

Place of Employment: FCI-McDowell, P.O. Box 1009, Welch, WV 24801

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: MR. J. ShRadeR

Position: CoRRectional OFFiceR

Place of Employment: FCI-McDowell, P.O. Box 1009, Welch, WV 24801

Name of Defendant: MR. HoRton

Position: S.I.S., CoRRectional OFFiceR

Place of Employment: FCI-McDowell, P.O. Box 1009 Welch, WV 24801

2

(2)

NAME OF DEFENDANT: Ms. K. STARK

Position: S.I.S., CORRECTIONAL OFFICER

PLACE OF EMPLOYMENT: FCI-McDowell, P.O. Box 1009
Welch, WV 24801

NAME OF DEFENDANT: MR. HENDRIKS

Position: Lieutenant

PLACE OF EMPLOYMENT: FCI-McDowell, P.O. Box 1009
Welch, WV 24801

NAME OF DEFENDANT: MR. W. Johnson

Position: Lieutenant

PLACE OF EMPLOYMENT: FCI-McDowell, P.O. Box 1009
Welch, WV 24801

NAME OF DEFENDANT: MR. Smith

Position: S.I.A., Lieutenant

PLACE OF EMPLOYMENT: FCI-McDowell, P.O. Box 1009
Welch, WV 24801

## II.    Place of Present Confinement

Name of Prison/Institution:    FEdEBAl CoBBEctional Institution - McDowell

A.    Is this where the events concerning your complaint took place?

Yes ✔    No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes ✔    No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _____    No ✔

If you answered "no," explain why not: I'm in the SHU, And nobody will give me A gRiEVANCE.

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

_____

## III.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____    No ✔

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

IV. STATEMENT OF CLAIM:

On MAY 26, 2020, while trying to go to MORNING RECREATION with my CELLMATE, MR. JAIME RUBALCAVA #55665-060, OFFICER KENDRIKS told me that he WANTED to put his dick in my ASS, and he CALLED me A fucking WET BACK. I REPORTED this incident to the LIEUTENANT, And he CALLED S.I.S., Ms STARK, And S.I.S., MR. HORTON. Ms. STARK did A REPORT Along with OFFICER HORTON. Ms. STARK SEEMED more UNDERSTANDING. All OFFICER HORTON CARED About WAS finding out why WAS I in the SEGREGATION UNIT. He said " I'm not HERE to TALK to you About the OFFICER who just ASSAULTED you." They took me to see MEDICAL, And I had Also SEEN MR. WHITTE from the Psychology DEPARTMENT. I told him that I WAS mentally And EMOTIONALLY disturbed About OFFICER KENDRIKS telling me that he WANTED to put his dick in my ASS And CALLING me A fucking WET BACK. Although I had CALLED myself filing A PREA Against OFFICER KENDRIKS, but nothing WAS done About it. OFFICER KENDRIKS WAS still WORKING Around me in SEGREGATION. and I FEAR for for My life. On MAY 29, 2020, during EVENING RECREATION, OFFICER J. SHRADER had CAME into my CELL #213/ E-RANGE AFTER they took my CELLY to RECREATION. He had REACHED And GRABBED my ASS, And

(4)

said "I got you, Bitch, for fucking with my friend." I had told Lieutenant Johnson that night, And he said that he would let the PREA officer know. They came to see me, did A report, and Lieutenant Hendriks took pictures. I had saw medical, After that, Lieutenant Hendriks and Sis Horton told me that I better chill the fuck out before they make my stay worst, put me in a cell with hard restraints, etc. I asked Lieutenant Smith, Mr. Horton and Ms. Stark for help, but they don't tell me Anything. I need help. My Constitutional Rights Are being violated. and I FEAR FOR My Life, and touching my Asset My celly, Mr. Jaime Rubalcava #55665-060, had wrote the Courts for me, And officer Horton had came to me on July 31, 2020, And Asked me "Who wrote the Courts for you because you barely understand English?" I said no one helped me. They Assumed that it was my celly, Mr. Jaime Rubalcava, And separated us. from same Range,

Please help me, thank you,

2.      Court (if federal court, name the district; if state court, name the county);

_____

3.      Docket Number: _____

4.      Name of judge to whom case was assigned: _____

5.      Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

## IV.    Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

ON may-26-2020, while tRying to go to morning Recreation with my cellmate, MR, Jaime Rubalcava #55665-080, OFFICER KENdRiks, told me, that he wanted to put his dick IN my ASS, and he Called me A Fucking wet Back, I Reported this incident to the Lieutenant, and he called S.I.S, ms. K,stARK, and S.I.S, MR Horton. m's K,stark did A Report Along with, officeR Horton, MS, K,stark Seemed more understanding, All officeR Horton CARed About was Finding out, why WAS I in the Segregation, unit, He said "I'm not here to talk to you About the officer, who Just ASSAulted you" They took me to see medical, and I had Also seen MR, whitte from the Psychology Department, I told him that, I was mentailly and Emotionally disturbed About officer, KendRiks Telling me that he wanted to put, his DICK, iN, my ASS, and cAlling me, A Fucking wet Back, Atthough I had called my self Filing A(PREA) Against officeR KENdRiks, bbut nothing, was, done About it, officeR KendRiks was still woRking ARound me in Segregation, and I fear FoR my Life,

ON-mAy-29-2020) duRing Evening RecREAtion, officeR J. shrader had came into my Cell #213/E-Range AftER they took my celly to Recreation, He had Reached and gRAbbed my ASS, and said "I got you, Bitch FoR (Fucking with my fRiEND) I had told Lieutenant W. Johnson that night, and he said that he would let the PREA officeR KNOW, they, cAme, to see me, did A Report, and Lieutenant, HENdRiks took Pictures, I had saw medical, AftER, that

(4)

, Lieutenant Hendriks and S.I.S Horton told me that I better chill the fuck out before they make my stay worst, Put me in A Cell with hard Restraints, Ect, I Asked Lieutenant. Smith, MR. Horton, and ms. K, stark For help, but they don't tell me Anything,    I need help. my Constitutional Rights ARE being Violated, and I fear for my Life, and touching my Ass Ect,

My celly, Mr Jaime Rubalcava #55665-060, had wRote the Courts for me, and officer Horton, had came to me on July 31, 2020, and Asked me "who wRote the Courts for you because you baRely understand English?" I said no one helped me, they Assumed that it was my xCelly, mr Jaime Rubalcaba, and Separated us from Same Range, Please, help me thank you!

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking the Courts to kindly and Respectfully grant me the Relief of compensatory, nominal and Punitive damages, including mentally and emotionally distress, pain and suffering, etc. And I would Also like to Request for Attorney fees as well. and Separated from officers,

Signed this 12 day of _____ August _____, 20 20.

Julian Villegas

_____

Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____ 8-12-20 _____.

(Date)

Julian Villegas

Signature of Plaintiff

5

Julian Villegas #71372-079
Federal. Correctional, Institution
Mc Dowell
P.O. Box. 1009
Welch. West Virginia. 24801



TO= CLERK, United states. District Court
Elizabeth Kee Federal Building
601 Federal Street, Room. 1000
Bluefield. WEST VIRGINIA. 24701

"LEGAL MAIL"

"LEGAL MAIL"

FEDERAL CORRECTIONAL INSTITUTION
MCDOWELL
P.O. BOX 1529
DATE _____
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.